### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| THOMAS B. LOYA, | ) | |
|               Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| THE KAW VALLEY DRAINAGE DISTRICT, | ) | Case No. 06-CV-02197-KHV-DJW |
| | ) | |
|               Defendant. | ) | |

### ORDER OF DISMISSAL WITH PREJUDICE

NOW on this 30th day of May, 2007, comes on for hearing the parties' Stipulation of Dismissal With Prejudice of Defendant, The Kaw Valley Drainage District, in the above-captioned matter. Having been fully advised in the premises in this matter, this matter should be and is hereby dismissed with prejudice, each party to bear its/his own costs and attorneys' fees.

    IT IS SO ORDERED.

                                            s/ Kathryn H. Vratil
                                            **Honorable Kathryn H. Vratil**
                                            **United States District Court Judge**

**APPROVED BY**:

/s/ Pantaleon Florez, Jr.
Pantaleon Florez, Jr. #10889
Attorney at Law
933 S. Kansas Avenue
Topeka, KS 66612-1210
(785) 234-6699/Fax: (785) 234-6650
florezlaw@aol.com
**ATTORNEYS FOR PLAINTIFF
THOMAS B. LOYA**


Warren M. McCamish, KS#7714
480 Terrace Trail East
Lake Quivira, Kansas 66217
(913) 268-5771/Fax: (913) 962-5656
warren_mccamish@msn.com
And

FISHER, PATTERSON, SAYLER & SMITH, LLP


  /s/ Michael K. Seck, #11393
Michael K. Seck, #11393
51 Corporate Woods, Suite 300
9393 West 110th Street
Overland Park, Kansas  66210
(913) 339-6757 / (913) 339-6187 (FAX)
mseck@fisherpatterson.com
ATTORNEYS FOR DEFENDANT
KAW VALLEY DRAINAGE DISTRICT